PAYNE & FEARS LLP
ATTORNEYS AT LAW
ONE EMBARCADERO CENTER, SUITE 2300
SAN FRANCISCO, CALIFORNIA 94111
(415) 398-7860

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QIYAMAH HAMEED, MINT GARDNER AND EUGENA GARDNER,<br><br>Plaintiffs,<br><br>v.<br><br>KOHL'S CORPORATION and DOES 1 to 15,<br><br>Defendants. | Case No. 4:11-cv-02971-LB (BZ)<br><br>(PROPOSED) ORDER GRANTING CONTINUANCE OF SETTLEMENT CONFERENCE<br><br>Date:   January 12, 2012<br>Time:   9:00 a.m.<br>Crtrm.: C, 15th Floor<br>Judge:  Hon. Bernard Zimmerman |

IT IS HEREBY ORDERED that the Settlement Conference scheduled for January 12, 2012 is continued to *March 7*, 2012. The Settlement Conference on January 12, 2012 and all related dates are VACATED.

IT IS SO ORDERED.

DATED: *6 Jan*, 2012

_____
UNITED STATES MAGISTRATE JUDGE

4837-8023-4510.1

4:11-cv-02971-LB (BZ)
(PROPOSED) ORDER GRANTING CONTINUANCE OF SETTLEMENT CONFERENCE