PAYNE & FEARS LLP
ATTORNEYS AT LAW
ONE EMBARCADERO CENTER, SUITE 2300
SAN FRANCISCO, CALIFORNIA 94111
(415) 398-7860

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| QIYAMAH HAMEED, MINT GARDNER AND EUGENA GARDNER, Plaintiffs, v. KOHL'S CORPORATION and DOES 1 to 15, Defendants. | Case No. 4:11-cv-02971-LB (BZ) <br><br> (~~PROPOSED~~) ORDER GRANTING CONTINUANCE OF SETTLEMENT CONFERENCE <br><br> Date: January 12, 2012 <br> Time: 9:00 a.m. <br> Crtrm.: C, 15th Floor <br> Judge: Hon. Bernard Zimmerman |
|---|---|

IT IS HEREBY ORDERED that the Settlement Conference scheduled for January 12, 2012 is continued to March 7, 2012. The Settlement Conference on January 12, 2012 and all related dates are VACATED.

IT IS SO ORDERED.

DATED: 6 Jan, 2012

_____
UNITED STATES MAGISTRATE JUDGE

4837-8023-4510.1