UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| QIYAMAH HAMEED, et al.,<br><br>         Plaintiff(s),<br><br>    v.<br><br>KOHL'S CORPORATION,,<br><br>         Defendant(s). | No. C11-2971 LB (BZ)<br><br>**ORDER RE OVERDUE PAPERS** |

TO:  Plaintiff(s) and their attorney(s) of record:

On **12/19/2011**, you were ordered to lodge a Settlement Conference Statement seven days prior to the conference, which is scheduled for **3/7/2012**.  Your statement was due **2/29/2012**. It was not received by chambers.

**IT IS HEREBY ORDERED** that if a statement is not lodged by the close of business tomorrow, Plaintiff(s) and their attorney(s) of record will be sanctioned $100 a day for each day's delay, beginning from the date it was originally due.

Dated:  March 1, 2012

_____
Bernard Zimmerman
United States Magistrate Judge

g:\bzall\-refs\refs.2011\Hameed late papers order.wpd

1