UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| QIYAMAH HAMEED, et al.<br><br>         Plaintiffs,<br>     v.<br><br>KOHL'S CORPORATION,<br><br>         Defendant.<br>_____/ | No. C 11-02971 LB<br><br>**ORDER REGARDING THE DEPOSIT OF SETTLEMENT FUNDS INTO THE COURT'S REGISTRY**<br><br>[Re: ECF No. 30] |

Plaintiffs Qiyamah Hameed, along with MG and EG (who are minors represented by their *guardian ad litem* Eugene Gardner) (collectively, "Plaintiffs") filed this action against Kohl's Corporation ("Kohl's") for violating Title II of the Civil Rights Act of 1964, 42 U.S.C. § 2000a, the Unruh Civil Rights Act, Cal. Civ. Code §§ 51-51.3, and several other state laws. Second Amended Complaint ("SAC"), ECF No. 21.[1] During their participation at a settlement conference with a magistrate judge, the parties agreed to settle the lawsuit.

Thereafter, Plaintiffs filed a petition for this court's approval of a minor's compromise with respect to MG and EG's claims. Amended Petition, ECF No. 29. The petition stated that the parties entered into an agreement whereby Kohl's would pay $10,000 to Plaintiffs in complete and final settlement of all claims. *Id.* at 4-5. The parties agreed that, after deducting 25% from the $10,000

---

[1] Citations are to the Electronic Case File ("ECF") with pin cites to the electronic page number at the top of the document, not the pages at the bottom.

1 (for a total of $2,500) for attorney's fees, Ms. Hameed, MG, and EG would split the remaining
2 $7,500 equally and receive $2,500 each. *Id*. The petition also requested that the money owed to
3 MG and EG ($5,000 in total) be paid to the Clerk of the Court, who would then deposit it into the
4 court's registry. *Id*. at 5.

5 On April 18, 2012, the court granted Plaintiffs' petition. 4/18/2012 Order, ECF No. 30. The
6 order did not specifically direct the Clerk of the Court to accept and deposit the $5,000 owed to MG
7 and EG into the court's registry. *See generally id*. The court since has learned that the Clerk of the
8 Court requires an order specifically directing it to do so. Accordingly, the court hereby **DIRECTS**
9 the Clerk of the Court to accept and deposit the $5,000 owed to MG and EG into the court's registry.

10 **IT IS SO ORDERED.**

11 Dated: July 18, 2012

12 _____
LAUREL BEELER
United States Magistrate Judge