UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QIYAMAH HAMEED, EUGENA GARDNER, a minor, by her guardian ad litem, Eugene Gardner; MINT GARDNER, a minor by her guardian ad litem, Eugene Gardner,<br><br>Plaintiffs,<br><br>v.<br><br>KOHL'S CORPORATION and DOES 1 to 15,<br><br>Defendants. | Case No. 3:11-cv-02971-LB<br><br>(PROPOSED) ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE<br><br>Judge:   Hon. Laurel Beeler |

Upon reading the Stipulation of the parties hereto for dismissal of the entire action with prejudice, and good cause appearing therefore,

IT IS HEREBY ADJUDGED, ORDERED AND DECREED that this action be dismissed with prejudice.

/ / /

/ / /

/ / /

/ / /

1     The Court shall retain jurisdiction only to enforce this Stipulation between the parties.

2     **IT IS SO ORDERED:**

3  DATED: ___July 23_____, 2012

4

5                                              _____
                                              Hon. Laurel Beeler
6                                              U.S. District Judge

7

8  4814-2236-8784.1