UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QIYAMAH HAMEED, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>KOHL'S CORPORATION,<br><br>          Defendant. | Case No. 3:11-cv-02971-LB<br><br>**ORDER REGARDING THE PAYMENT OF FUNDS** |

Qiyamah Hameed, along with MG and EG (who were minors represented by their guardian ad litem Eugene Gardner) filed this action against Kohl's Corporation ("Kohl's") for violating Title II of the Civil Rights Act of 1964, 42 U.S.C. § 2000a, the Unruh Civil Rights Act, Cal. Civ. Code §§ 51-51.3, and several other state laws. (Second Amended Complaint ("SAC"), ECF No. 21.) During their participation at a settlement conference with a magistrate judge, the parties agreed to settle the lawsuit.

Thereafter, the plaintiffs filed a petition for this court's approval of a minor's compromise with respect to MG's and EG's claims. (Amended Petition, ECF No. 29.) The petition stated that the parties entered into an agreement whereby Kohl's would pay $10,000 to the plaintiffs in complete and final settlement of all claims. (*Id.* at 4-5.) The parties agreed that, after deducting 25% from the $10,000 (for a total of $2,500) for attorney's fees, Ms. Hameed, MG, and EG would split the remaining $7,500 equally and receive $2,500 each. (*Id.*) The petition also requested that the money owed to MG and EG ($5,000 in total) be paid to the Clerk of the Court, which would then

1 deposit it into the court's registry. (*Id.* at 5.)

2 On April 18, 2012, the court granted the plaintiffs' petition and later directed the Clerk of the

3 Court to accept and deposit the $5,000 owed to MG and EG into the court's registry. (4/18/2012

4 Order, ECF No. 30; 7/18/2012 Order, ECF No. 31.)

5 By letter, MG now asks the court to disburse the $2,500 owed to her and which was deposited

6 into the court's registry. For good cause shown, the court hereby orders the Clerk of the Court to

7 immediately disburse from its registry the $2,500 owed to MG, along with any interest earned on

8 those funds while on deposit in the registry, and, as requested, send the check to:

Mint Gardner
734 Lennox Circle
Douglasville, Georgia 30135

**IT IS SO ORDERED.**

Dated: July 29, 2015

_____
LAUREL BEELER
United States Magistrate Judge